IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLOY DEHOYOS for
NICOLE L. RAO,

      Plaintiff,                                 No. CIV S-09-3243 DAD PS

    v.

MICHAEL J. ASTRUE,                ORDER TO SHOW CAUSE
Commissioner of Social Security,

      Defendant.

_____/

        On November 20, 2009, the court granted plaintiff's motion to proceed in forma pauperis and directed plaintiff to submit documents to the United States Marshal, within fifteen days, for service of process. Plaintiff was ordered to file with the court a statement indicating the date on which the documents were submitted to the United States Marshal. The 15-day time period has expired, and plaintiff has not filed the required statement.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within ten days why this case should not be dismissed for lack of prosecution. Failure to file a timely response will result in dismissal of this action.

DATED: January 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/dehoyos3243.osc.usmdocs