IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLOY DEHOYOS for
NICOLE L. RAO,

       Plaintiff,                   No. CIV S-09-3243 DAD PS

    v.

MICHAEL J. ASTRUE,            <u>ORDER</u>
Commissioner of Social Security,

       Defendant.

_____/

        On January 29, 2010, plaintiff was ordered to show why this case should not be dismissed for failure to prosecute. In a timely written response, plaintiff states that the necessary documents were provided to the U.S. Marshal. Although plaintiff states that a proof of service is enclosed, the docket does not reflect the filing of such a document. Plaintiff has not yet provided the court with a statement indicating the date on which the required documents were provided to the U.S. Marshal. Accordingly, IT IS ORDERED that plaintiff shall file the statement within five days.

DATED: February 8, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/dehoyos3243.ord.stmt