IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLOY DEHOYOS for
NICOLE L. RAO,

        Plaintiff,                              No. CIV S-09-3243 DAD PS

    v.

MICHAEL J. ASTRUE,                    ORDER
Commissioner of Social Security,

        Defendant.

_____/

        On July 29, 2010, the court ordered the pro se plaintiff to show cause within twenty-one days of the date of the order why this case should not be dismissed for lack of prosecution. On the twenty-second day after July 29, 2010, plaintiff filed a response that is neither timely nor compelling. Nonetheless, in the interests of justice, the court will discharge the show-cause order and set a final deadline for the filing of plaintiff's motion for summary judgment.

        Plaintiff is cautioned that the motion must be received by the Clerk of the Court for filing on or before the deadline set by this order. Plaintiff must mail a complete copy of the motion to defendant's counsel at the address shown on defendant's answer to plaintiff's complaint. A proof of service of the motion on defendant's counsel must be filed with the court

1

with the motion for summary judgment.

    IT IS ORDERED that:

    1. The court's order to show cause filed July 29, 2010 (Doc. No. 18) is discharged; and

    2. Plaintiff is granted a final extension of time to October 12, 2010, in which to file and serve a motion for summary judgment and/or remand.

DATED: August 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.socsec\dehoyos3243.osc.dsch.msj.ext